FILED
July 29, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002815279

ALICE H. WARE, SBN 102428
LAW OFFICE OF ALICE H. WARE
6930 Destiny Drive, Suite 700
Rocklin, CA 95677
Phone: 916-781-3355

Attorney for Debtors
-John Molineaux and Lisa Molineaux

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>John Molineaux and Lisa Molineaux,<br><br>　　　　　　　　　　Debtors | Case No.: 2010-35950<br><br>DCN: AHW-01<br><br>Chapter 7<br><br>**MOTION TO COMPEL ABANDONMENT**<br><br><u>HEARING DATE</u>:<br><br>DATE:　August 18, 2009<br>TIME:　10:00 a.m.<br>PLACE:　U.S. Bankruptcy Court<br>　　　　501 I Street<br>　　　　Sacramento, Ca<br>CTRM:　34, 6th Floor<br><br>Judge: Honorable Robert S. Bardwil |

**MOTION TO COMPEL ABANDONMENT REAL PROPERTY**

Alice H. Ware, on behalf of JOHN MOLINEAUX, the Debtor herein, hereby moves this Court for an order Compelling the Trustee to Abandon the estate's interest in certain real property. This motion is based on the following facts:

1. This case was filed with the Court on June 18, 2010, and Lewis Partridge was duly appointed as Trustee.

-1-

2. The filed schedules on this case disclose the Debtors interest in the real property at 200 Epworth Court, Roseville, CA, hereinafter referred to as "ASSET."

3. The schedules further assert that the total of the creditor's liens and the debtor's exemption claims exceed the value of this property.

4. A summary of the estate's interest in this property is as follows:

    a. Estimated Value of the ASSET, Schedule B,     $    250,000.00

    b. Less: Secured debt on the ASSET, (Schedule D)   $    325,680.00

    c. Less: Exemption claimed, (Schedule C)               $0

    d. Net value of this property to the estate,              $0

5. The Trustee conducted the §341 Meeting of Creditors on 7/12/10 and the Trustee has not indicated that this property is a target of any liquidation efforts on the part of the estate.

7. The Trustee has not challenged the Debtor's assertion of value or debts.

8. The Trustee has not filed any objection to the Debtor's claim of exemption.

9. Pursuant to 11 US Codes §554(b)

> On request of a party in interest and after notice and a hearing the court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate.

10. The Debtor therefore asserts that the ASSET is burdensome and of inconsequential value to the estate and respectfully moves this Court to Order the Abandonment of the estate's interest in this property.

CERTIFICATION

I, Alice H. Ware, Attorney for the Debtor herein, hereby certify under penalty of perjury that I have read the foregoing Motion to Compel Abandonment of Real Property. I further certify that the contents therein are true and correct to the best of my knowledge ad belief.

Executed at Rocklin, California.

Date: July 29, 2010.    /s/ *Alice H. Ware*
Alice H. Ware,
Law Office of Alice H. Ware

ALICE H. WARE, SBN 102428
LAW OFFICE OF ALICE H. WARE
6930 Destiny Drive, Suite 700
Rocklin, CA 95677
Phone: 916-781-3355

Attorney for Debtors
-John Molineaux and Lisa Molineaux

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In Re:

John Molineaux and Lisa Molineaux,

          Debtors

Case No.: 2010-35950

DCN: AHW-01

Chapter 7

**DECLARATION IN SUPPORT OF MOTION TO COMPEL ABANDONMENT**

<u>HEARING DATE:</u>

DATE:  August 18, 2009
TIME:  10:00 a.m.
PLACE:  U.S. Bankruptcy Court
         501 I Street
         Sacramento, Ca
CTRM:  34 6th Floor

Judge:  Honorable Robert S. Bardwil

DECLARATION IN SUPPORT OF

MOTION TO COMPEL ABANDONMENT

I, John Molineaux the debtor herein, hereby make this declaration in support of the Motion to Compel Abandonment.

1. I am in possession of the real property at 200 Epworth Court, Roseville, CA, hereinafter referred to as "ASSET."

2. I am of the opinion this ASSET is burdensome and of inconsequential value to

-4-

the Bankruptcy estate.

3. I have reviewed the information show in the Motion to Compel Abandonment relating to the value, liens, and exemption of this property. The information therein is true and correct to the best of my knowledge and belief.

4. I therefore join in my attorney's Motion to Compel Abandonment.

Dated: July 29, 2010.                /s/ *John Molineaux*
                                                John Molineaux, Debtor

Exhibit A: Schedule A and D of Voluntary Petition
(2010-35950-C7)
Exhibits

In re John L Molineaux
Lisa N Molineaux
Debtor(s)

Case No. **2010-35950**

# SCHEDULE A - REAL PROPERTY EXHIBIT A

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "none" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband Wife Joint or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| SINGLE FAMILY RESIDENCE: APPROXIMATELY 1861 SQ FT, TWO-STORY, 4 BEDROOM, 3 BATH BUILT IN 1995<br>Location: 200 Epworth Court, Roseville CA 95747 | | J | $250,000.00 | $325,680.00 |
| | | Total: | $250,000.00 | |

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  John L Molineaux
Lisa N Molineaux                                                                Case No. **2010-35950**
                              Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS   EXHIBIT A

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | Husband, Wife, Joint or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxxxxx1255  Chase PO Box 1093 Northridge, CA 91328 | | J | Opened 3/01/07 Last Active 2/18/10  First Mortgage  SINGLE FAMILY RESIDENCE: APPROXIMATELY 1861 SQ FT, TWO-STORY, 4 BEDROOM, 3 BATH BUILT IN 1995 Location: 200 Epworth Court, Roseville CA 95747  VALUE $250,000.00 | | | | $325,680.00 | $75,680.00 |

Sheet 1 of 2 total sheets in Schedule of Creditors Holding Secured Claims

In re John L Molineaux
Lisa N Molineaux
Debtor(s)

Case No. 2010-35950

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| ACCOUNT NO. xxxxxx3541 Chrysler Financial PO Box 1509 Pleasanton, CA 94566 | | H | | Opened 3/01/06 Last Active 2/23/10 Automobile Financing 2006 Dodge Ram Pickup 250; Location: 200 Epworth Court, Roseville CA 95747 | | | | | |
| | | | | VALUE $12,000.00 | | | | $14,128.00 | $2,128.00 |
| ACCOUNT NO. xxxxxxxxxx9690 Ford Motor Credit Company PO Box 239801 Las Vegas, NV 89105-9801 | X | H | | 8/08/2003 Automobile Financing 2003 Ford F350 borrower was Inc. Chem Free & debtor as guarantor but vehicle is not in DEBTOR/ GUARANTOR'S possession. Location: 8952 Quail Lane, Granite Bay, CA 95746 | | | | | |
| | | | | VALUE $6,058.00 | | | | $6,058.00 | $0.00 |
| | | | | Total(s) (Use only on last page) | | | | $345,866.00 | $77,808.00 |
| | | | | | | | | (Report also on Summary of Schedules) | If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

Sheet 2 of 2 total sheets in Schedule of Creditors Holding Secured Claims